No. 83–5527.  BALDWIN *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 83–5538.  GIVENS *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 83–5553.  LOPATA *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 83–5579.  GLOVER *v.* McKASKLE, ACTING DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 83–5602.  JOHNSON *v.* McKASKLE, ACTING DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 83–5625.  HERNANDEZ *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 83–5696.  CAULTON *v.* HOSPITAL OF THE GOOD SAMARITAN ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 83–5697.  BRYANT *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 83–5718.  HENDERSON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 83–5739.  BENNETT *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 83–5750.  MOORE *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 83–5765.  JOHNS *v.* OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 83–5794.  BEARD *v.* OHIO.  Ct. App. Ohio, Butler County. Certiorari denied.

No. 83–5802.  MILBURN *v.* TEXAS.  Ct. App. Tex., 2d Sup. Jud. Dist.  Certiorari denied.

No. 83–5807.  WIDEMAN *v.* BUTTERWORTH, WARDEN.  C. A. 1st Cir.  Certiorari denied.